**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF INDIANA**
**NEW ALBANY DIVISION**

IN RE: CASE NO. 26-90728-AKM-7

**Mia Judkins,** Chapter 7
Debtor.

# MOTION TO DELAY CLOSING OF THE CASE

Debtor Mia Judkins, by counsel, James F. Guilfoyle, respectfully moves the Court for an order delaying the closing of this case for a period of ten (10) days, and in support states as follows:

1. Debtor filed a voluntary petition for relief under Chapter 7 of the United States Bankruptcy Code on June 29, 2026, commencing the above-captioned case.
2. The case was dismissed due to Schedules not being fully filed. The Court's records reflect that this case is scheduled to be closed on September 22, 2026.
3. Debtor is now prepared to file the outstanding schedules, statements, and other required documents, and intends to file a motion for relief from the Order of Dismissal seeking to vacate the dismissal and reinstate the case.
4. If the case is closed before the Debtor is able to file those documents and that motion, the Debtor will be required to move to reopen the case and to pay the associated reopening fee, resulting in unnecessary expense and delay to the Debtor and to the administration of the case.
5. A brief ten (10) day delay of the closing of the case will permit the Debtor to file the outstanding documents and the motion for relief from the Order of Dismissal while the case remains open, and will not prejudice any creditor, the Chapter 7 Trustee, the United States Trustee, or any other party in interest.
6. This Court has authority under 11 U.S.C. § 105(a) to enter any order that is necessary or appropriate to carry out the provisions of the Bankruptcy Code, including an order deferring the closing of this case.
7. This Motion is filed in good faith and not for the purpose of delay. Because the case is scheduled to close on September 22, 2026, the Debtor respectfully requests expedited consideration of this Motion.

WHEREFORE, Debtor Mia Judkins, by counsel, respectfully requests that the Court enter an order delaying the closing of this case for a period of ten (10) days, through and including October 2, 2026, to permit the Debtor to file the outstanding schedules, statements, and other required documents and a motion for relief from the Order of Dismissal, and granting all other relief just and proper in the premises.

Respectfully submitted,

/s/ James F. Guilfoyle

James F. Guilfoyle
Hutson Guilfoyle LLP
ISCN: 31328-10; KSCN: 96011
1829 East Spring Street, Suite 101
New Albany, IN 47150
Phone (Office): 812-777-5010
Phone (Direct / Text): 502-208-9704
Email: jfg@inkylegal.com

**CERTIFICATE OF SERVICE**

I certify that on September 21, 2026, a true and accurate copy of the foregoing was served via the Court's CM/ECF electronic filing system upon all parties registered to receive electronic notice in this case, including:

Kathy Pry Coryell, Chapter 7 Trustee — kpry.trustee@gmail.com
U.S. Trustee — ustpregion10.in.ecf@usdoj.gov

/s/ James F. Guilfoyle
James F. Guilfoyle